# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 048 REALTY, INC., | Case No.: 2:18-cv-02094-APG-VCF |
| Plaintiff | **Order for Stipulation to Dismiss or Status Report** |
| v. | |
| LLOYD'S SYNDICATE 3624 (HISCOX), et al., | |
| Defendants | |

On May 22, 2019, the parties advised the court that a settlement had been reached between the plaintiff and defendant Navigators Insurance Company and they requested 60 days to finalize the settlement. ECF No. 21. More than 60 days have passed but no stipulation of dismissal has been filed.

IT IS THEREFORE ORDERED that the parties shall file a stipulation to dismiss or a status report on or before September 30, 2019.

DATED this 18th day of September, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE